UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :
        - v. -                        : **SEALED ORDER**
                                      :
BINYAMIN MAZOLA,                      : 19 Cr. \_\_\_\_
                                      :
                Defendant.            :
                                      :
------------------------------------- X

WHEREAS an application has been made by the United States of America, with the defendant's consent, for the temporary sealing of filings and other docket entries in the above-captioned case, and the captioning of the case as United States v. John Doe in the public docket; and

WHEREAS, an application has been made by the United States of America, with the consent of the defense, requesting that (1) the Indictment in the above-referenced case pertaining to defendant BINYAMIN MAZOLA (the "MAZOLA Indictment"), remain under seal until further order of the Court; and (2) the docket in this matter be sealed until further order of the Court; and

WHEREAS, the Court finds that if the Government's application is not granted, ongoing law enforcement investigations into, among other things, narcotics trafficking and money laundering, are likely to be compromised;

1

IT IS HEREBY ORDERED that (1) the SAAB Indictment remain under seal until further order of the Court; and (2) the docket in this matter be sealed until further order of the Court;

IT IS FURTHER ORDERED that this Order and the related Affirmation be sealed and their docketing delayed until further order of the Court; and

IT IS FURTHER ORDERED that if at any point the Government believes, based on new information or for any other reason, that it is no longer necessary to maintain this matter under seal with delayed docketing, the Government shall so advise the Court without delay.

Dated:   New York, New York
         November 15, 2019

_____
HONORABLE KATHARINE H. PARKER
United States Magistrate Judge
Southern District of New York