UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-v-

Binyamin Mazola,

Defendant.

19-cr-882 (AJN)

SEALED ORDER

ALISON J. NATHAN, District Judge:

As stated on the record at the initial conference on December 12, 2019, a scheduling

conference is hereby scheduled for February 18, 2020 at 11 a.m.

SO ORDERED

Dated: December **17**, 2019
New York, New York

ALISON J. NATHAN
United States District Judge