| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 6/24/21 |

United States of America,

          -v-

Binyamin Mazola,

                      Defendant.

19-cr-822 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      On June 22, 2021, the Government submitted proposed redactions to its sentencing submission in this case. The Defendant submitted proposed redactions to his sentencing submission on June 23, 2021. The proposed redactions are GRANTED.

      The Court's conclusion is guided by the three-part test articulated by the Second Circuit in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). Under this test, the Court must: (i) determine whether the documents in question are "judicial documents;" (ii) assess the weight of the common law presumption of access to the materials; and (iii) balance competing considerations against the presumption of access. *Id.* at 119–20. The Court concludes that these are judicial documents and that the First Amendment and common law presumptions of access attach, but it concludes that competing considerations warrant adoption of these limited redactions.

      The parties are ORDERED to docket the redacted version of their respective sentencing submissions by June 30, 2021.

      SO ORDERED.

Dated: June 24, 2021
       New York, New York

                                            _____
                                               ALISON J. NATHAN
                                               United States District Judge